■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LEON D. HUGHES, Appellant. (Appeal No. 1.) [801 NYS2d 209]— Appeal from a judgment of the Cattaraugus County Court (Larry M. Himelein, J.), rendered September 13, 2004. The judgment convicted defendant, upon his plea of guilty, of criminal sale of a controlled substance in the fifth degree and unlawfully dealing with a child in the first degree.

Appeal from a judgment of the Cattaraugus County Court (Larry M. Himelein, J.), rendered September 13, 2004. The judgment convicted defendant, upon his plea of guilty, of criminal sale of a controlled substance in the fifth degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed.

Same memorandum as in *People v Hughes* (21 AD3d 1394 [2005]). Present—Pigott, Jr., P.J., Green, Gorski, Smith and Lawton, JJ.